STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT
FILED
COURTLAND R. CHAPMAN, JR.
05 FEB -3 PM 1:58

SUPERIOR COURT

DENNIS GAMBA AND SHARON GAMBA

VS

C.A. NO. WC 2005-79

NATIONWIDE MUTUAL
INSURANCE COMPANY

**COMPLAINT**
**COUNT I**

1. Plaintiff is a resident of the Town of South Kingstown, County of Washington, State of Rhode Island.

2. The Defendant, Nationwide Mutual Insurance Company, is an insurance company authorized carry on and do business in the State of Rhode Island.

3. That on or about August 12, 2002, the Plaintiff was the owner of a 1988 Wellcraft 37 foot, Cozumel. Said vessel was insured with the Nationwide Mutual Insurance Company pursuant to Policy No. 51 38 IM 040176 08120201 which policy was in full force and effect and by its terms contemplated events of property damage of the nature sustained providing coverage and recovery thereof.

4. That on or about August 12, 2002, Plaintiff's vessel was destroyed by fire.

5. The Plaintiff has processed a claim with the defendant insurance company, Nationwide Mutual Insurance Company, and has made demand upon the Defendant for damages caused and sustained, but the Defendant, by and through the acts of its agents and/or servants has refused to make payment for a sum sufficient to compensate the Plaintiff for property damage sustained as a result of said action.

True Copy Attest
C. R. Chapman
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

WHEREFORE, Plaintiff demands judgment against the Defendant for a sum sufficient within this jurisdiction of this Honorable Court for personal injuries, costs, and reasonable attorney's fees required to prosecute this claim.

By his Attorney,

RAYMOND R. PEZZA #0513
1220 Pontiac Ave., Suite 203
Cranston, RI 02920

## COUNT II

6. Plaintiff restates and incorporates herein and make a part hereto paragraphs 1 through 5 of Count I as if set forth fully herein.

7. That the Defendant in its authorized capacity to issue policies of insurance, has a duty to deal in good faith with the Plaintiff who is both the insured of the Defendant and a member of the general public.

8. That the Defendant by and through the acts of its agents and/or servants, have failed to deal in good faith in the adjustment of the losses sustained by the Plaintiff who is both the insured and a member of the general public and as a result of said tortious actions by the Defendant, Plaintiff has been further damaged in that the Defendant by and through the acts of its duly authorized and responsible agents and/or servants has arbitrarily refused to adequately adjust and/or fairly communicate with the Plaintiff in accordance with its duties and obligations pursuant to its contractual relationship with the Plaintiff, its insured and a member of the general public all to the Plaintiff's damage.

True Copy Attest
C. R. Ch[illegible]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

9. That the tortious action by the Defendant by and through the acts of its agents and/or servants, have acted maliciously, wantonly and in reckless disregard of and for the Plaintiff, its insured, constitute by law may and provided bad faith on the part of the Defendant.

WHEREFORE, Plaintiff demands judgment against the Defendant for the assessment of further punitive damages, interest and costs and reasonable attorney's fees.

By his Attorney,

RAYMOND R. PEZZA

**COUNT III**

10. Plaintiff hereby incorporates Count I and Count II by reference and make a part hereof as if set forth fully herein.

11. The unlawful acts of the Defendant, its agents and/or servants were negligent, reckless and careless and the Defendant knew or should have known that the refusal to pay the just reasonable amount as damages of Plaintiff would cause Plaintiffs severe anxiety and mental distress.

12. As a direct, proximate and natural result of the Defendant's negligent as herein alleged, Plaintiff suffered and will continue to suffer severe mental shock and anxiety all to her damage.

13. As a direct, proximate and natural result of the Defendant's willful and malicious conduct in so abusing Plaintiff, in its refusal to justly settle Plaintiffs' claim, the Plaintiff was publicly humiliated and shocked and suffered extreme mental anguish and distress all to their damage.

WHEREFORE, Plaintiff demands judgment against the Defendant as follows:

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

1. Compensatory damages.

2. Punitive damages.

3. Reasonable attorney's fees, interest and costs.

By his Attorney,

RAYMOND R. PEZZA #0513

**COUNT IV**

14. Plaintiff repeats and incorporates herein by reference and make a part hereof Count I, Count II and Count III as if set forth fully herein.

15. Plaintiff brings this action pursuant to the General Laws of Rhode Island 9-1-33 for failure of the Defendant Insurance Company to act in good faith, to bargain, defend and to pay according to the provisions as set forth above.

WHEREFORE, Plaintiff demands judgment against the Defendant for punitive damages and compensatory damages together with reasonable attorney's fees for bringing said action.

By his Attorney,

RAYMOND R. PEZZA #0513

**COUNT V**

16. Plaintiff restates and incorporates Count I though Count IV as if set forth herein.

17. Defendant, has engaged in acts and practices which are unfair and/or deceptive to the Plaintiff and has employed other practices which are misleading or deceiving to the Plaintiff in a material respect in violation of Rhode Island General Laws 1956 (1981 reenactment),

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

...ion 6-13-1-1 et seq.

WHEREFORE, Plaintiff demands judgment against the Defendant for compensatory damages as well as in punitive damages plus statutory interest, costs, attorney's fees and such other and further relief as this Court may deem meet and just in the circumstances.

By his Attorney

RAYMOND R. PEZZA #0513
1220 Pontiac Ave., Suite 203
Cranston, RI 02902
831-4455

Plaintiff hereby claims trial by jury.

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

STATE OF RHODE ISLAND
SUPERIOR COURT

CASE COVER SHEET

Case * (Filled in by Clerk's Office)
WC 2005-79

SUPERIOR COURT
FILED
ALDO R. CHAPMAN, JR.
COURT CLERK
05 FEB -3 PM 1:58

This form must be filed with each original document that commences a civil proceeding in the Clerk's Office (R.P.3.11). If the case is a District Court appeal. The form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| DENNIS GAMBA AND SHARON GAMBA | NATTONWIDE MUTUAL INSURANCE COMPANY |

True Copy Attest
C. R. Chapman
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

NATURE OF PROCEEDING — Check the applicable case type under main categories listed below. (check one only)

District Court Appeal ☐ Yes (check type below)

| | | |
|---|---|---|
| ☐ AGA Agency appeal | ☐ DPC Denial of probate claim | ☐ PRN Promissory note |
| ☐ ALA Alienation of affection | ☐ EXT Excessive tax | ☒ PDM Property damage |
| ☐ ANT Anti-trust | ☐ INR Injunctive relief | ☐ PDV Property damage / vehicle |
| ☐ ASB Assault and battery | ☐ IPL Interpleader | ☐ RLP Real property |
| ☐ BKA Book account | ☐ LIB Libel/slander | ☐ RIC Reinstate charter |
| ☐ CLA Common law assignment | ☐ MLE Malpractice/legal | ☐ DIN Recovery of damages/insurance |
| ☐ CLL Common law lien | ☐ MME Malpractice/medical | ☐ ROF Recovery of funds |
| ☐ CON Contract | ☐ MOT Malpractice/other | ☐ WOR Replevin, writ of |
| ☐ CNV Conversion | ☐ WOM Mandamus. Writ of | ☐ SPP Specific performance |
| ☐ CRC Criminal conversation | ☐ PRT Partition | ☐ TCO Title clearing (other than tax title) |
| ☐ CIC Criminal inj. compensation | ☐ PER Personal injury | ☐ TAE Trespass and ejectment |
| ☐ DOJ Debt on judgment | ☐ IDV Personal inj./property dam-vehicle | ☐ TRA Trustee/accounting |
| ☐ DTP Deceptive trade practice | ☐ PIV Personal injury-vehicle | ☐ TCT Trustee/appt convey title |
| ☐ DEJ Declaratory judgment | ☐ PRL Product liability | ☐ UNM Uninsured motorist |
| | | ☐ WRD Wrongful death |

☐ Other than above (specify type):

MISCELLANEOUS PETITIONS

| | | |
|---|---|---|
| ☐ ARA Arbitration award | ☐ TLF Foreclosure / tax lien | ☐ PFI Petition for immunity |
| ☐ ACR Arbitration /confirm | ☐ FOC Forfeiture of charter | ☐ PIN Pet for inventory (wire tap) |
| ☐ ATA Arbitration referral | ☐ GJI Grand jury investigation | ☐ PFR Petition for review |
| ☐ VAR Arbitration / vacate | ☐ HAC Habeas corpus | ☐ PTD Pet to take deposition |
| ☐ AOD Assessment of damages | ☐ MAW Material witness | ☐ PCR Post conviction relief |
| ☐ CND Condemnation | ☐ MEL Mechanics lien | ☐ REC Receivership |
| ☐ CFO Confirm compromise | ☐ OSW Out of state witness | ☐ R5A Rule 5A petition |
| ☐ DOC Dissolution of corp. | ☐ PFS Perform surgery | ☐ TCL Title clearing (tax title) |
| ☐ EDP End partnership | ☐ PFC Petition for constable | ☐ AOT Trustee / appointment of |
| ☐ FRR Forclosure of right redemption | ☐ PTE Petition to expunge | ☐ DOT Trustee / declination of |
| | | ☐ AOS Trustee successor |

☐ Other than above (specify type):

PROBATE APPEALS

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ Other than above (specify type):

Is this a case that may require a trial for resolution? XX Yes ☐ No If yes: XX Jury or ☐ Non-jury

Attorney name ) (Date)

Raymond R. Pezza #0513
1220 Pontiac Ave., Suite 203, Cranston, RI 02920

SC-223