UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS GAMBA and SHARON GAMBBA :
:
vs. : C.A. No. 05-110S
:
NATIONWIDE MUTUAL INSURANCE :
COMPANY :

ANSWER OF DEFENDANT, NATIONWIDE MUTUAL INSURANCE COMPANY

COUNT I

1. The defendant, Nationwide Mutual Insurance Company, neither admits nor denies the allegations contained in paragraph 1 but leaves the plaintiffs to their proof thereto.

2. The defendant, Nationwide Mutual Insurance Company, admits the allegations contained in paragraph 2.

3. The defendant, Nationwide Mutual Insurance Company, admits that it issued an insurance policy (51 38 IM 040176 08120201) for a certain 1988 Wellcraft vessel that was in effect on or about August 12, 2002 subject to the terms and conditions of said policy.

4. The defendant, Nationwide Mutual Insurance Company, admits that the plaintiff's vessel was damaged by fire on or about August 12, 2002. The defendant denies that said vessel was destroyed by fire.

5. The defendant, Nationwide Mutual Insurance Company, admits that the plaintiffs filed an insurance claim for damages to said vessel. The defendant further states that a denial of the plaintiff's claim was made. The defendant neither admits nor denies the remainder of the plaintiff's allegation in this paragraph but leaves the plaintiffs to their proof thereto.

SCANNED

3

COUNT II

6. The defendant, Nationwide Mutual Insurance Company, reaffirms paragraph 1-5 as if set forth herein.

7. The defendant, Nationwide Mutual Insurance Company, neither admits nor denies the allegations contained in paragraph 7 but leaves the plaintiffs to their proof thereto.

8. The defendant, Nationwide Mutual Insurance Company, deny the allegations contained in paragraph 8.

9. The defendant, Nationwide Mutual Insurance Company, deny the allegations contained in paragraph 9.

COUNT III

10. The defendant, Nationwide Mutual Insurance Company, reaffirms its answers to Counts I-II as if set forth herein.

11. The defendant, Nationwide Mutual Insurance Company, denies the allegations contained in paragraph 11.

12. The defendant, Nationwide Mutual Insurance Company, denies the allegations contained in paragraph 12.

13. The defendant, Nationwide Mutual Insurance Company, denies the allegations contained in paragraph 13.

COUNT IV

14. The defendant, Nationwide Mutual Insurance Company, hereby incorporates its answers to Counts I-III as if set forth herein.

15. The defendant, Nationwide Mutual Insurance Company, denies the allegations contained in paragraph 15.

COUNT V

16. The defendant, Nationwide Mutual Insurance Company, hereby incorporates its answers to Counts 1-IV as if set forth herein.

17. The defendant, Nationwide Mutual Insurance Company, denies the allegations contained in paragraph 17.

AFFIRMATIVE DEFENSES

1. The defendant, Nationwide Mutual Insurance Company, affirmatively states that the plaintiffs' claim fails to state a cause of action upon which relief may be granted.

2. The defendant, Nationwide Mutual Insurance Company, affirmatively asserts that the plaintiffs have violated the concealment or fraud provision of the subject insurance policy.

3. The defendant, Nationwide Mutual Insurance Company, affirmatively asserts the defense of false swearing.

4. The defendant, Nationwide Mutual Insurance Company, affirmatively asserts the defense of fraud.

5. The defendant, Nationwide Mutual Insurance Company, affirmatively asserts the defense of concealment.

6. The defendant, Nationwide Mutual Insurance Company, affirmatively asserts the defense of misrepresentation.

7. The defendant, Nationwide Mutual Insurance Company, affirmatively asserts that said insurance policy is void due to violations of the plaintiffs of the terms and conditions of said policy including but not limited to the concealment or fraud provision of said insurance policy.

WHEREFORE, the defendant, Nationwide Mutual Insurance Company, requests that the plaintiffs' complaint be dismissed with prejudice, and that the defendant be awarded attorney's fees and costs for defending said action.

NATIONWIDE MUTUAL INSURANCE COMPANY
By its attorney,

John M. Boland, Esquire #2945
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

THE DEFENDANT, NATIONWIDE MUTUAL INSURANCE COMPANY, HEREBY REQUESTS A TRIAL BY JURY.

John M. Boland, Esquire #2945

I hereby certify that on the 14th day of March, 2005, I mailed a copy of the within to Raymond R. Pezza, Esquire, 1220 Pontiac Avenue, Suite 203, Cranston, RI 02920.