UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A.NO. 05-110S

DENNIS GAMBA ET AL :

VS. :

NATIONWIDE MUTUAL FIRE :
INSURANCE COMPANY

DEFENDANT, NATIONWIDE MUTUAL INSURANCE COMPANY'S
MOTION TO SEVER THE BAD FAITH COUNTS

Now comes the defendant, Nationwide Mutual Insurance Company, and moves this Court for an order severing Count II and Count IV of the plaintiffs' complaint and to limit discovery to the contract claim until the contract claim has been resolved in the plaintiffs' favor. The defendant attaches its memorandum in support of its position.

Respectfully Submitted,

John M. Boland, Esquire #2945
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

CERTIFICATION

I hereby certify that on 29 April 2005 I mailed a copy of the within to:

Raymond R. Pezza, Esquire
1220 Pontiac Avenue, Suite 203
Cranston, RI 02920

Gerard M. DeCelles, Esquire
1536 Westminster Street
Providence, RI 02903

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS GAMBA ET AL :

VS. : C.A. No. 05-110S

NATIONWIDE MUTUAL FIRE :
INSURANCE COMPANY

DEFENDANT, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY'S MEMORANDUM IN SUPPORT OF ITS MOTION TO SEVER THE BAD FAITH COUNTS

This case involves a claim under a yacht insurance policy. Nationwide Mutual Insurance Company was the insurer for Dennis Gamba and Sharon Gamba for a vessel called the "Rage". The vessel sustained damage as a result of a fire on or about August 12, 2002.

Plaintiffs have filed suit against Nationwide Mutual Fire Insurance Company. Their complaint consists of two counts which contain bad faith allegations, Count II and Count IV. The defendant has denied the plaintiffs' allegations.

Defendant has filed a motion to sever the bad faith counts and to limit discovery to the contract claim until the contract claim has been resolved in the plaintiffs' favor. Defendant would rely upon the cases of *Bartlett v. John Hancock Mutual Life Insurance Company*, 538A.2d 997 (R.I. 1998) and *Skaling v. Aetna Insurance Co.,* 799 A.2d 997 (R.I. 2002).

In *Skaling, supra,* the Court noted:

> … in this jurisdiction because claim of insurer bad faith are severed and tried separately from the breach of contract claim a procedure that provides the insurer with significant procedural protections, including non-disclosure of its file until completion of the breach-of-contract action. *Id.* At 1010.

Nationwide Mutual Insurance Company would respectfully request that its motion to sever the bad faith counts and to limit discovery to the contract claim until the contract claim has been resolved and the contract claim has been resolved in the plaintiff's favor.

Respectfully submitted,

John M. Boland, Esquire #2945
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

CERTIFICATION

I hereby certify that on 29 April 2005 I mailed a copy of the within to:

Raymond R. Pezza, Esquire
1220 Pontiac Avenue, Suite 203
Cranston, RI 02920

Gerard M. DeCelles, Esquire
1536 Westminster Street
Providence, RI 02903