AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Dennis Garba

v.

Nationwide Mutual

APPEARANCE

CASE NUMBER: 05-110 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Dennis Garba

I certify that I am admitted to practice in this court.

29 June 05
*Date*

[signature]
*Signature*


C.M. DeColles 1394
*Print Name* *Bar Number*

1536 Westminster St
*Address*

Prov RI 02909
*City* *State* *Zip Code*

272-8558 272-4507
*Phone Number* *Fax Number*


form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.