UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENNIS GAMBA and SHARON GAMBBA | : | |
| | : | |
| vs. | : | C.A. No. 05-110S |
| | : | |
| NATIONWIDE MUTUAL INSURANCE COMPANY | : | |

NOTICE TO TAKE DEPOSITION

Please take notice that pursuant to R.C.P. 30, the defendant, Nationwide Mutual Insurance Company, in the above-entitled case will take the deposition of the plaintiff, ***SHARON GAMBA***, on oral examination, for the purpose of discovery or for use as evidence in this action or for both purposes, the same to commence at ***2:00 p.m.*** on the ***11th*** day of ***August***, ***2005***, at the office of Reynolds, DeMarco & Boland, Ltd., 170 Westminster Street, Suite 200, Providence, Rhode Island, before some Notary Public duly commissioned by the State of Rhode Island.

NATIONWIDE MUTUAL INSURANCE COMPANY
By its attorney,

John M. Boland, Esquire #2945
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

I hereby certify that on the 4th day of August, 2005, I mailed a copy of the within to Gerard M. Decelles, Esquire, 1536 Westminster Street, Providence, RI 02903; Raymond R. Pezza, Esquire, 1220 Pontiac Avenue, Cranston, RI 02920; and Callaghan Reporting Service, P.O. Box 3658, Cranston, RI 02910.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENNIS GAMBA and SHARON GAMBBA | : | |
| | : | |
| vs. | : | C.A. No. 05-110S |
| | : | |
| NATIONWIDE MUTUAL INSURANCE COMPANY | : | |

NOTICE TO TAKE DEPOSITION

Please take notice that pursuant to R.C.P. 30, the defendant, Nationwide Mutual Insurance Company, in the above-entitled case will take the deposition of the plaintiff, ***DENNIS GAMBA***, on oral examination, for the purpose of discovery or for use as evidence in this action or for both purposes, the same to commence at ***3:00 p.m.*** on the ***11th*** day of ***August***, ***2005***, at the office of Reynolds, DeMarco & Boland, Ltd., 170 Westminster Street, Suite 200, Providence, Rhode Island, before some Notary Public duly commissioned by the State of Rhode Island.

NATIONWIDE MUTUAL INSURANCE COMPANY
By its attorney,

John M. Boland, Esquire #2945
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

I hereby certify that on the 4th day of August, 2005, I mailed a copy of the within to Gerard M. Decelles, Esquire, 1536 Westminster Street, Providence, RI 02903; Raymond R. Pezza, Esquire, 1220 Pontiac Avenue, Cranston, RI 02920; and Callaghan Reporting Service, P.O. Box 3658, Cranston, RI 02910.