AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Dennis Gamba v. Nationwide Mutual Insurance Company

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA05-110S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Gerard DeCelles, Raymond Pezza | John Boland |
| TRIAL DATE(S) 12/19/05 - 12-20-05 | COURT REPORTER Anne Clayton | COURTROOM DEPUTY Doreen L. Baldinelli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | Day 1 DESCRIPTION OF EXHIBITS. AND WITNESSES Jury trial |
|---|---|---|---|---|---|
| | | | | | W1 Dennis Gamba |
| | B | 12/19/05 | | Full | Stafford Marine Service Appraisal |
| | J | 12/19/05 | | Full | Letter dated 1/20/2003 |
| | G | 12/19/05 | | Full | Preliminary Sales Agreement |
| | H | 12/19/05 | | Full | April 11, 2003 closing document + checks |
| | O | 12/19/05 | | Full | Handwritten list from Mr Gamba |
| | P | 12/19/05 | | Full | Typed list of lost items |
| | Q | ↓ | ID | only | Deposition of Dennis Gamba |
| | N | ↓ | ID | only | Release and Settlement Agreement |
| | E | ↓ | | Full | Dennis Gamba's signature page 11/4/03 |
| | G | | ID | | Examination Under oath 7/10/03 |
| | D | 12/19/05 | ID | | Production of Documents 7/23/03 |
| | F | 12/19/05 | | Full | Dennis Gamba's letter to Attorney Kaplan dated 3/1/04 |
| | U | 12/19/05 | | Full | Letter dated 8/12/02 |
| | A | 12/19/05 | | Full | Certified Nationwide Boat owner's Insurance Policy |
| | | | | | W-2 Sharon Gamba |
| | | | | | W-3 George Stafford |
| | V | 12/19/05 | | Full | Letter dated 8-21-02 |
| | W | 12/19/05 | | Full | Letter dated 9-6-02 |
| | C-1 | 12/19/05 | | Full | Statement under oath of Dennis Gamba |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Dennis Gamba v. Nationwide Mutual Insurance Company

CASE NUMBER: CA05-110S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-4 Christopher Johnson |
| | | | | | [redacted] 12/20/05 |
| Y-1 | | 12/20/05 | | Full | Before/After Photos of Boat. |
| Y-2 | | | | Full | Before/After Photos of Boat. |
| Y-3 | | | | Full | Before/After Photos of Boat. |
| Y-4 | | | | Full | Before/After Photos of Boat. |
| Y-5 | | | | Full | Before/After Photos of Boats |
| Y-6 | | ↓ | | Full | Before/After Photos of Boats |
| X | | ↓ | | Full | Stipulation |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |