UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Dennis Gamba and Sharon Gamba,
Plaintiffs,

vs.

Nationwide Mutual Insurance, Co.
Defendant.

C.A. No. 05-110-S

**Jury Verdict Form**

On the question of whether the Defendant has breached its contract with Plaintiffs, we the jury find:

________ for the Plaintiffs ✓ for the Defendant

If you find in favor of the Plaintiffs, what is the amount of loss (damage) owed by the Defendant to the Plaintiffs?

$________________________________

Signature of Foreperson

Date: 20 Dec 2005

FILED IN
OPEN COURT
DeB
(9) 1:42 p.m.
12/20/05