Dennis Gamba
Plaintiff

VS: CA05-110S

Nationwide Mutual Insurance Company
Defendant

# EXHIBIT RECEIPT

Defendant's exhibits A through H; N through Q; T through Y.

Attorney

Deputy clerk 2/8/06